DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEFTALI DOMINGUEZZENON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2605

[November 13, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502020CF004944AXXXMB.

Neftali Dominguezzenon, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and SHEPHERD, JJ., concur.

*        *        *

***Not final until disposition of timely-filed motion for rehearing.***